IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER SPANN, : CIVIL ACTION
: NO. 12-4007
    Petitioner, :
:
  v. :
:
ROBERT COLLINS, et al., :
:
    Respondents. :

# **O R D E R**

**AND NOW**, this **29th** day of **July, 2013**, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 14) is **APPROVED in part** and **ADOPTED in part**, consistent with the accompanying Memorandum Opinion;

(2) Petitioner's Objections to the Report and Recommendation (ECF No. 17) are **OVERRULED**;

(3) Respondent's Objections (ECF No. 15) are **SUSTAINED**;

(4) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED and DISMISSED with prejudice**;

(5) A Certificate of Appealability shall not issue; and

(4) The Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

                                  /s/ Eduardo C. Robreno
                                  **EDUARDO C. ROBRENO,    J.**